JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

GALBAATAR BAT ERDENE,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

No. 5:26-cv-06581-BFM

**JUDGMENT**

On November 16, 2026, the Court issued an order granting the petition and ordered Petitioner Galbaatar Bat Erdene (A# 218-140-684) to be immediately released on reasonable conditions. (ECF 11 at 4.) The Court directed Petitioner's counsel to notify the Court if her release was delayed for any reason. (*Id.*) The Immigration and Customs Enforcement detainee locator no longer lists Petitioner. The Court therefore concludes that Petitioner has been released from Respondents' custody.

Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted as to Petitioner's due process claim. The Clerk of Court is directed to close this case.

DATED: 11/23/2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE